Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org

*Attorney for Petitioner Will Gonzalez-Castro

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Will Gonzalez-Castro,[1]<br><br>Petitioner,<br><br>v.<br><br>Chief Counsel for the District of Nevada, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-01410-JAD-MDC<br><br>**Stipulation and Order for Extension of Time to File Amended Petition and Motion for Leave to Proceed *In Forma Pauperis***<br><br>**(First Request)**<br><br>[ECF No. 7] |

Petitioner Will Gonzalez-Castro and Respondents, through undersigned counsel, hereby stipulate and jointly request that this Court extend the deadline for filing Mr. Gonzalez-Castro's amended petition for a writ of habeas corpus and motion for leave to proceed *in forma pauperis* by ten days, until June 8, 2026. This is the first request for an extension of this deadline.

Undersigned counsel entered her appearance on behalf of Mr. Gonzalez-

---

[1] The docket incorrectly identifies Petitioner as "Wiu Gonzalez-Castro." Mr. Gonzalez-Castro respectfully requests that this Court direct the Clerk of the Court to update the docket to reflect that Petitioner's name is Will Gonzalez-Castro. *See* ECF No. 4 at 1, 10.

Castro on May 15, 2026, ECF No. 6, and met with Mr. Gonzalez-Castro on May 20, 2026. Counsel has scheduled an additional meeting with Mr. Gonzalez-Castro on May 29, 2026, and requires additional time to adequately investigate Mr. Gonzalez-Castro's claims. On May 27, 2026, Petitioner's counsel conferred with Russell Webb, counsel for Respondents, who indicated that he has no objection to this request.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for filing an amended petition and motion for leave to proceed *in forma pauperis* from May 29, 2026, to June 8, 2026.

This request is made in good faith and not for the purpose of delay.

Dated May 28, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

Todd Blanche
Acting Attorney General of the
United States

/s/ *Bethany Wang Balchunas*
Bethany Wang Balchunas
Assistant Federal Public Defender

/s/ *Russell G. Webb*
Russell G. Webb
Assistant United States Attorney

**ORDER**

Based on the parties' stipulation and with good cause appearing, the stipulation to extend time [**ECF No. 7**] **is GRANTED**.  Petitioner must file an amended petition and motion for leave to proceed *in forma pauperis* by June 8, 2026.

_____
U.S. District Judge Jennifer A. Dorsey
May 28, 2026